608

No. 276. BURTON *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Frank P. Walsh* for petitioner. *Solicitor General Biggs* and *Messrs. Bart W. Butler* and *W. Marvin Smith* for the United States.

No. 277. GUTENKUNST *v.* WISCONSIN. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. Ralph A. Cusick* for petitioner. No appearance for respondent.

No. 278. INTERSTATE TRUST & BANKING CO. ET AL. *v.* JONES COUNTY. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Bert Flanders, Jr.,* and *Walter F. Marcus* for petitioners. *Mr. John D. Miller* for respondent.

No. 282. HOUSE *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. William H. Boyd* and *James A. Fowler* for petitioner. *Solicitor General Reed* and *Messrs. Guy K. Bard* and *William H. Ramsey* for the United States.

No. 284. NAVIGAZIONE GENERALE ITALIANA *v.* ELTING, COLLECTOR OF CUSTOMS. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Delbert M. Tibbetts* and